**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MELEANIE & SCOTT HAIN, individually and as husband and wife,<br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. DeLEO, et al.,<br>Defendants. | CIVIL ACTION NO. 1:08-CV-2136-YK<br>(Honorable Yvette Kane)<br><br>ELECTRONICALLY FILED<br><br>JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE**

Please enter the appearance of David L. Schwalm, Esquire, Scott D. McCarroll, and the law firm of Thomas, Thomas & Hafer, LLP, as counsel for Defendants Michael J. DeLeo, Office of the Lebanon County Sheriff, and Lebanon County.

Respectfully submitted,

THOMAS, THOMAS & HAFER, LLP

Date: December 15, 2008    By  /s/ David L. Schwalm
David L. Schwalm, Esquire
I.D. #32574
305 North Front Street
P.O. Box 999
Harrisburg, PA  17108
(717) 255-7643

## **CERTIFICATE OF SERVICE**

I, David L. Schwalm, Esquire, of the law firm of Thomas, Thomas & Hafer, LLP, hereby state that a true and correct copy of the foregoing document(s) was served upon all counsel of record in the manner and on the date set forth below:

<u>By the Middle District Court via Electronic Filing</u>:

Matthew B. Weisberg, Esquire					mweisberg@ppwlaw.com

**THOMAS, THOMAS & HAFER, LLP**

Dated:  December 15, 2008				  /s/ David L. Schwalm
						David L. Schwalm, Esquire

650637.1