

## SHERIFF'S OFFICE
## Lebanon County

MICHAEL J. DELEO
SHERIFF

DEBORAH A. MILLER
CHIEF DEPUTY SHERIFF

Room 3, Municipal Building
400 South Eighth Street
Lebanon, Pennsylvania 17042-6794
Telephone (717) 228-4410
Fax Number (717) 279-8398

GEORGE E. CHRISTIANSON
SOLICITOR

REAL ESTATE EXTENSION
2156 OR 2359

September 17, 2008

Meleanie Kristine Hain
333 S. 2nd Avenue
Lebanon, PA 17042

RE: Revocation of License to Carry Firearms

Dear Ms. Hain:

On September 11, 2008 you were observed at Optimist Park in Lebanon. At that particular time you were carrying a weapon openly in a belt holster. Unfortunately, some of the individuals at the Optimist Park were upset. Consequently, you are required to surrender your license, as indicated in the following paragraphs.

According to the Uniform Firearms Act, Subsection 6109 of the Pennsylvania Uniform Firearms Act, you are required to surrender your license to the issuing authority.

You are required to surrender the license to the Lebanon County Sheriffs Office within five days of receipt of this letter or be guilty of a summary violation.

Section 6109, (e) (1) (i) reveals that "an individual whose character and reputation is such that the individual would be likely to act in a dangerous manner to public safety," shall not be licensed.

Respectfully,

Michael J. DeLeo
Sheriff   dd

C: PSP ✓
   File ✓

EXHIBIT A