
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169


National Association of
Professional Process Servers


Philadelphia Association
of Professional Process Servers

Meleanie Hain

-VS-

Michael J. Deleo, et al

COURT: United States District Court Middle District of Pennsylvania

COUNTY:

CASE NUMBER: 1:08-CV-2136

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF PHILADELPHIA:

B&R Control # / Reference Number: CS058826 - 1

### SERVICE INFORMATION

On 5 day of December, 2008 we received the **Summons and Complaint** for service upon **Michael J. Deleo** at **400 S. 8th St. Lebanon, PA 17042**

*** Special Instructions ***

[X] Served  Date 12/22/08  Time 1:05 PM  Accepted By: Deb Miller

In the manner described below.

- [ ] Personally served.
- [ ] Adult family member. Relationship is ____
- [ ] Adult in charge of residence who refused to give name and/or relationship.
- [ ] Manager/Clerk of place of residence lodging
- [X] Agent or person in charge of office or usual place of business  Chief Deputy Sheriff
- [ ] Other

Description of Person  Age 50  Height 5'00"  Weight 190  Race white  Sex Female
Other ____

[ ] Not Served  Date ____  Time ____

Not Served Information
[ ] Moved  [ ] Unknown  [ ] No Answer  [ ] Vacant  [ ] Other

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff: Meredith Chad Spotts

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John F. Shinkowsky, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Sept. 28, 2010
Member, Pennsylvania Association of Notaries

Sworn to and subscribed before me this 22nd day of December 2008

Notary Public

Law Firm  Phone (610)690-0801  Fo
Matthew B. Weisberg, Esquire
Prochniak Weisberg, P.C.
7 South Morton Avenue
Morton, PA 19070

ServeBy Date 12/31/2008
Filed Date 11/25/2008

ORIGINAL

340VC

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of PENNSYLVANIA

HAIN, ET AL

V.

DELEO, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08-CV-2136

TO: (Name and address of Defendant)

Michael J. DeLeo
400 S. 8th St.
Lebanon, PA 17042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew B. Weisberg
Prochniak Weisberg PC
7 S. Morton Avenue
Morton, PA 19070

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY E. D'ANDREA, CLERK

DATE 11/25/2008

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 12/22/08 — 1:05 PM |
| NAME OF SERVER (PRINT) Chad Spotts | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Deb Miller, Chief Deputy Sheriff, Lebanon County Sheriff's Office, 400 S. 8th Street, Lebanon, PA 17042.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/22/08
Date

Signature of Server

P.O. Box 61827
Harrisburg, PA 17106
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.