UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| MELEANIE & SCOTT HAIN, individually and as husband and wife, Plaintiffs, v. MICHAEL J. DeLEO, et al., Defendants. | CIVIL ACTION NO. 1:08-CV-2136-YK (Honorable Yvette Kane) ELECTRONICALLY FILED JURY TRIAL DEMANDED |
|---|---|

## NOTICE OF CITATION OF SUPPLEMENTAL AUTHORITY BY DEFENDANTS

Defendants, Michael J. DeLeo, Office of the Lebanon County Sheriff and Lebanon County, by their attorneys, Thomas, Thomas & Hafer, LLP file this Notice of Citation of Supplemental Authority pursuant to Local Rule 7.36. Defendants hereby refer the Court to the decision of the United States Court of Appeals for the Third Circuit in the case of <u>United States v. Marzzarella</u>, 2010 U.S. App. LEXIS 15655 (3rd Cir. filed July 29, 2010), which is relevant to Defendants' Motion to Dismiss (Doc. 7).

Respectfully submitted,
**THOMAS, THOMAS & HAFER, LLP**

Date: July 30, 2010　　　By:　　/s/ *David L. Schwalm*
　　　　　　　　　　　　　　　David L. Schwalm, Esquire
　　　　　　　　　　　　　　　Attorney I.D. No. 32574
　　　　　　　　　　　　　　　Scott D. McCarroll, Esquire
　　　　　　　　　　　　　　　Attorney I.D. No. 92985
　　　　　　　　　　　　　　　P.O. Box 999
　　　　　　　　　　　　　　　Harrisburg, PA 17108-0999
　　　　　　　　　　　　　　　Attorneys for Defendants Michael J.
　　　　　　　　　　　　　　　DeLeo, Office of the Lebanon County
　　　　　　　　　　　　　　　Sheriff, and Lebanon County

# CERTIFICATE OF SERVICE

I, David L. Schwalm, Esquire, of the law firm of Thomas, Thomas & Hafer, LLP, hereby state that a true and correct copy of the foregoing document(s) was served upon all counsel of record in the manner and on the date set forth below:

<u>By the Middle District Court via Electronic Filing</u>:

Matthew B. Weisberg, Esquire                mweisberg@ppwlaw.com


**THOMAS, THOMAS & HAFER, LLP**

Dated: July 30, 2010        By:  /s/ David L. Schwalm
                                 David L. Schwalm, Esquire